**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     **6/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Richard <br> First name <br> J. <br> Middle name <br> Larkin <br> Last name <br><br> Suffix (Sr., Jr., II, III) | Nancy <br> First name <br> B. <br> Middle name <br> Larkin <br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names and any assumed, trade names and doing business as names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 6 6 2 <br> OR <br> **9** xx – xx – ___ ___ ___ ___ | xxx – xx – 3 9 6 3 <br> OR <br> **9** xx – xx – ___ ___ ___ ___ |

Debtor 1  Richard J. Larkin & Nancy B. Larkin
_____
First Name   Middle Name   Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 157 NE Sharyon Lane<br>_____<br>Number    Street<br><br>_____<br><br>Jensen Beach            FL      34957<br>_____<br>City                State    ZIP Code<br><br>Martin County<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>15 Hale Street<br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>Lincoln                 ME      04457<br>_____<br>City                State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☑ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>Principal assets in jurisdiction, pending affiliate case in jurisdiction | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☑ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.)<br>Principal assets in jurisdiction, pending affiliate case in jurisdiction |

Debtor 1   Richard J. Larkin & Nancy B. Larkin
_____
First Name        Middle Name        Last Name

Case number (*if known*)_____

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

☑ Yes.

Debtor  Larkin Enterprises, LLC _____   Relationship to you _____

District  U.S. Bankruptcy Court, District of Maine _____   When 09/19/2025   Case number, if known 25-10171

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Richard J. Larkin & Nancy B. Larkin    Case number (*if known*)_____
_____
First Name    Middle Name    Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1    Richard J. Larkin & Nancy B. Larkin _____    Case number (*if known*)_____

First Name        Middle Name        Last Name

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   Richard J. Larkin & Nancy B. Larkin
_____
First Name       Middle Name       Last Name

Case number (*if known*)_____

---

**Part 6:**   Answer These Questions for Reporting Purposes

| | |
|---|---|
| **16. What kind of debts do you have?** | **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ No. Go to line 16b.<br>☐ Yes. Go to line 17.<br><br>**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br>☐ No. Go to line 16c.<br>☑ Yes. Go to line 17.<br><br>16c. State the type of debts you owe that are not consumer debts or business debts.<br>_____ |

| | |
|---|---|
| **17. Are you filing under Chapter 7?**<br><br>**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☑ No.   I am not filing under Chapter 7. Go to line 18.<br><br>☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?<br>   ☐ No<br>   ☐ Yes |

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Part 7:**   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____
Signature of Debtor 1

X _____
Signature of Debtor 2

Executed on   07/30/2026
MM / DD /YYYY

Executed on   07/30/2026
MM / DD /YYYY

---

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 6

Debtor 1   Richard J. Larkin & Nancy B. Larkin
_____
First Name          Middle Name          Last Name

Case number (*if known*)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ */s/ D. Sam Anderson* _____   Date   07/30/2026 _____
Signature of Attorney for Debtor                                           MM   /   DD   / YYYY

D. Sam Anderson
_____
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
_____
Firm name

100 Middle Street
_____
Number    Street

P.O. Box 9729
_____

Portland                                              ME        04101
_____
City                                                  State      ZIP Code

Contact phone 2077741200 _____   Email address  sanderson@bernsteinshur.com _____

9809                                              ME_____
_____
Bar number                                        State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Richard J. Larkin |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Nancy B. Larkin |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: District of Maine

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income                    **12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here → | $ 0.00 | $ 0.00 |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here → | $ 0.00 | $ 0.00 |

Debtor 1 ___Richard J. Larkin_____    Case number (*if known*)_____
         First Name        Middle Name        Last Name

|  | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|

7. **Interest, dividends, and royalties**
$ 0.00    $ 0.00

8. **Unemployment compensation**
$ 0.00    $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................. ⬇

    For you ................................................................... $_____

    For your spouse ................................................ $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ 0.00    $ 620.20

10. **Income from all other sources not listed above**. Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.
$ 0.00    $ 0.00
$ 0.00    $ 0.00
+ $ 0.00    + $ 0.00

    Total amounts from separate pages, if any.

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

$ 0.00 **+** $ 620.20 **=** $ 620.20

**Total current monthly income**

---

**Part 2:    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _Richard Larkin_____          X _Nancee B. Larkin_____
Signature of Debtor 1                      Signature of Debtor 2

Date _07/30/2026_____          Date _07/30/2026_____
    MM / DD   / YYYY              MM / DD   / YYYY

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Richard J. Larkin |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Nancy B. Larkin |
| (Spouse, if filing) First Name          Middle Name          Last Name | |

United States Bankruptcy Court for the: District of Maine

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

|  | | **Unsecured claim** |
|---|---|---|

**1**

G and G Funding Group LLC
Creditor's Name

57 W 57th Street
Number          Street

Floor 4

New York                    NY        10019
City                          State      ZIP Code

info@gandgfunding.com
Contact

_____
Contact phone

What is the nature of the claim? Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:            − $_____
            Unsecured claim                $_____

$ 1,492,839.99

**2**

Mulligan Funding, LLC
Creditor's Name

4715 Viewridge Ave
Number          Street

Suite 100

San Diego                   CA        92123
City                          State      ZIP Code

Info@MulliganFunding.com
Contact

_____
Contact phone

What is the nature of the claim? Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:            − $_____
            Unsecured claim                $_____

$ 621,354.60

Debtor 1   Richard J. Larkin
First Name   Middle Name   Last Name

Case number (*if known*)

**Unsecured claim**

**3** Camden National Bank
Creditor's Name

PO Box 178
Number   Street

Gardiner   ME   04345
City   State   ZIP Code

Marketing@CamdenNational.bank;
dperry@camdennational.bank;
Contact

Contact phone

**What is the nature of the claim?**   $375,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:   − $_____
          Unsecured claim   $_____

**4** Francesco Demolition Inc
Creditor's Name

107 Oak St.
Number   Street

Duxbury   MA   02332
City   State   ZIP Code

(781)934-9193
Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors   $280,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:   − $_____
          Unsecured claim   $_____

**5** United Rentals Inc.
Creditor's Name

100 First Stamford Place
Number   Street

Ste 700

Stamford   CT   06902
City   State   ZIP Code

privacy@ur.com
Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors   $ 200,153.64

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:   − $_____
          Unsecured claim   $_____

**6** Elite Funding
Creditor's Name

2613 E 16th Street
Number   Street

Brooklyn   NY   11235
City   State   ZIP Code

info@elitefundingus.com
Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors   $140,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:   − $_____
          Unsecured claim   $_____

**7** Custom Truck One Source LP
Creditor's Name

7701 Independence Avenue
Number   Street

Kansas City   MO   64125
City   State   ZIP Code

info@customtruck.com
Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors   $121,594.61

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:   − $_____
          Unsecured claim   $_____

Debtor 1    Richard J. Larkin
_____
First Name        Middle Name            Last Name

Case number (*if known*)_____

| | | Unsecured claim |
|---|---|---|

**8**    IBEW 1253
_____
Creditor's Name

142 Elm Street
_____
Number        Street

_____

Newport                    ME    04953
_____
City                        State        ZIP Code

(207)368-6290
_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                 − $_____
         Unsecured claim                      $_____

$ 110,735.31
_____

---

**9**    Bank of America
_____
Creditor's Name

P.O. Box 15019
_____
Number        Street

_____

Wilmington                 DE   19850
_____
City                        State        ZIP Code

legal@bankofamerica.com
_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                 − $_____
         Unsecured claim                      $_____

$ 110,712.74
_____

---

**10**    RBLX Funding
_____
Creditor's Name

1679 E 19th Street
_____
Number        Street

_____

Brooklyn                   NY    11229
_____
City                        State        ZIP Code

ir@roblox.com
_____
Contact

_____
Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                 − $_____
         Unsecured claim                      $_____

$ 110,000.00
_____

---

**11**    Massachusetts & Northern New England
_____
Creditor's Name

7 Laborers' Way
_____
Number        Street

_____

Hopkinton                  MA    01748
_____
City                        State        ZIP Code

laborers@local22.net
_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                 − $_____
         Unsecured claim                      $_____

$ 95,661.54
_____

---

**12**    Express Car & Truck Rental
_____
Creditor's Name

330 S. Warminster Road
_____
Number        Street

Suite 334
_____

Hatboro                    PA    19040
_____
City                        State        ZIP Code

customerservice@cintas.com;
_____
Contact

_____
Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                 − $_____
         Unsecured claim                      $_____

$ 78,809.95
_____

Debtor 1    Richard J. Larkin

First Name    Middle Name    Last Name

Case number (*if known*)

**Unsecured claim**

---

**13**   Boilermaker's National Funds

Creditor's Name

P. O. Box 909700

Number   Street

Kansas City    MO   64190

City   State   ZIP Code

bnf@wilson-mcshane.com

Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ❑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim $_____

$ 75,230.87

---

**14**   Turtle & Hughes

Creditor's Name

100 Walnut Avenue

Number   Street

4th Floor

Clark    NJ   07066

City   State   ZIP Code

support@nuvo.com

Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ❑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim $_____

$ 72,932.40

---

**15**   Elm Electrical Inc

Creditor's Name

68 Union Street

Number   Street

Westfield    MA   01085

City   State   ZIP Code

(413)562-0407

Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ❑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim $_____

$ 68,221.32

---

**16**   Northeast Safety, Inc.

Creditor's Name

60 Gray Road

Number   Street

Suite 16

Falmouth    ME   04105-2024

City   State   ZIP Code

tlandry@workzonesafetynes.com

Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ❑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim $_____

$ 58,264.48

---

**17**   American Wire Group

Creditor's Name

2980 NE 207th Street

Number   Street

Suite PH

Miami    FL   33180

City   State   ZIP Code

marketing@buyawg.com

Contact

Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim $_____

$ 48,533.33

---

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    31    page 4

Debtor 1    Richard J. Larkin          Case number (*if known*)_____

First Name    Middle Name    Last Name

| | **Unsecured claim** |
|---|---|

**18**

East Coast Energy Consultants
Creditor's Name

27 Main Street
Number   Street

P.O. Box 313

Farmington    NH   03835
City    State    ZIP Code

swhitehouse@ececnh.com
Contact

_____
Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

$ 46,770.61

---

**19**

Coastal Door Company
Creditor's Name

1197 Odlin Road
Number   Street

_____

Hermon    ME   04444
City    State    ZIP Code

coastaldoorcompany@gmail.com
Contact

_____
Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

$ 37,501.00

---

**20**

First Insurance Funding Corp
Creditor's Name

PO Box 7000
Number   Street

_____

Carol Stream    IL   60197-7000
City    State    ZIP Code

investor_info@wintrust.com
Contact

_____
Contact phone

**What is the nature of the claim?** Suppliers and Vendors

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   − $_____
  - Unsecured claim   $_____

$ 31,770.28

---

Debtor 1    Richard J. Larkin              Case number *(if known)*_____

First Name    Middle Name    Last Name

---

**Part 2:**    Sign Below

---

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ _Richard Larkin_        ✗ _Nancy B. Larkin_

Signature of Debtor 1             Signature of Debtor 2

Date 07/30/2026                 Date 07/30/2026

     MM / DD / YYYY                    MM / DD / YYYY

United States Bankruptcy Court

District of Maine

In re:   Richard J. Larkin & Nancy B. Larkin

                                                    Case No.

                                                    Chapter   11

            Debtor(s)

**Verification of Creditor Matrix**

     The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/30/2026_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

AAA Portable Toilets
24 Quaker Hill Road
Albion, ME 04910


Airgas USA, LLC (N344)
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087


Allen's Environmental Services
75 Davis Street
Presque Isle, ME 04769


Amazon Capital Services
PO Box 035184
Seattle, WA 98124


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Wire Group
2980 NE 207th Street
Suite PH
Miami, FL 33180


Atlantic Federal Credit Union
55 Cushing St.
Brunswick, ME 04011


Bangor Natural Gas
498 Maine Avenue
Bangor, ME 04401


Bank of America
P.O. Box 15019
Wilmington, DE 19850


Barclay Bank
125 S. West Street
Wilmington, DE 19801

Bee Line Cable
PO Box 431
Skowhegan, ME 04976


Benjamin Tibbetts
100 W Broadway
Lincoln, ME 04457


Black Bear Crane
56 Dave's Way
Bangor, ME 04401


Bob's Landscaping
Attn: Robert Dow
1858 Mattamiscontis Road
Lincoln, ME 04457


Boilermaker's National Funds
P. O. Box 909700
Kansas City, MO 64190


Bortek LLC
4713 Gettysburg Road
Mechanicsburg, PA 17055


Brian Billings Excavation LLC
27 Eggemoggin Road
Little Deer Isle, ME 04650


Brock Services LLC
9 Laurence Drive
Gorham, ME 04038


Brown's Equipment Repair
PO Box 795
Lincoln, ME 04457


C T Corporation System
330 N Brand Blvd

Suite 700 Attn: SPRS
Glendale, CA 91203


C2C Resources, LLC
1455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346


Camden National Bank
PO Box 178
Gardiner, ME 04345


Carls Auto Parts
30 River Road
Lincoln, ME 04457


Carpenter's Michigan FBF
6525 Centurion Drive
Lansing, MI 48917


Casella Waste Systems Inc.
d/b/a Pine Tree Waste, Inc.
25 Greens Hill Lane
Rutland, VT 05701


Central Maine Concrete LLC
PO Box 422
Norridgewock, ME 04957


Chase Bank
560 Mission Street, 22nd Floor
San Francisco, CA 94105


Chrysler Main Capital
P.O. Box 961275
Fort Worth, TX 76161


Cincinatti Insurance
P.O. Box 145496
Cincinnati, OH 45250

CitiBank N.A.
Attn: Portfolio Recovery Associates, LLC
388 Greenwich Street
New York, NY 10013


Clean Harbor Environmental
P.O. Box  9149
Norwell, MA 02061


Coastal Door Company
1197 Odlin Road
Hermon, ME 04444


Cote Crane & Rigging
P.O. Box 1418
Auburn, ME 04211-1418


Custom Truck One Source LP
7701 Independence Avenue
Kansas City, MO 64125


Discover Financial Services
2500 Lake Cook Rd
Deerfield, IL 60015


Drummond Woodsum
84 Marginal Way
Suite 600
Portland, ME 04101


DT Fiske Contractors LLC
315 Hatchet Mountain Road
Hope, ME 04847


East Coast Energy Consultants, LLC
27 Main Street
P.O. Box 313
Farmington, NH 03835


EH Graham Septic Systems

253 West Broadway
Lincoln, ME 04457


Elite Funding
2613 E 16th Street
Brooklyn, NY 11235


Elm Electrical Inc
68 Union Street
Westfield, MA 01085


Express Car & Truck Rental
330 S. Warminster Road
Suite 334
Hatboro, PA 19040


FEDEX
942 South Shady Grove Road
Memphis, TN 38120


Fidium Fiber
P.O. Box  66523
Saint Louis, MO 63166


Financial Agent Services
P.O. Box 2576
Springfield, IL 62708


First Citizens Bank
239 Fayetteville Street
Raleigh, NC 27601


First Insurance Funding Corp
PO Box 7000
Carol Stream, IL 60197-7000


Florida Power and Light
General Mail Facility
Miami, FL 33188

Francesco Demolition, Inc.
107 Oak Street
Duxbury, MA 02332


FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730


FYM Capital LLC
Attn: Anthony Stephens
6001 Broken Sound Pkwy NW, Suite 620
Boca Raton, FL 33487


G and G Funding Group LLC
57 W 57th Street
Floor 4
New York, NY 10019


Goodman Factors, Division of Independent Bank
3010 LBJ Freeway
Suite 540
Dallas, TX 75234


Graybar Electric Co Inc
34 N. Meramec Avenue
St. Louis, MO 63105


Green Mountain Electric Supply
356 Rathe Road
Colchester, VT 05446


Hawkins Glove Testing LLC
27 Main Street
Farmington, NH 03835


Hogan Tire
135 Bangor Street
Houlton, ME 04730


IBEW 103
256 Freeport Street

Dorchester, MA 02122

IBEW 1253
142 Elm Street
Newport, ME 04953

IBEW 567
238 Goddard Road
Lewiston, ME 04240

IBEW 692
1300 W. Thomas Street
Bay City, MI 48706

IBEW Money Purchase Retirement
238 Goddard Road
Lewiston, ME 04240

Independent Electric Supply
324 Grove Street
Worcester, MA 01605

INPRO INC
1455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346

Internal Revenue Service
Attn:  Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086

Ireland Rubbish Services Inc
35 Park Avenue
Lincoln, ME 04457

Jem-Jay
449 W River Road
Waterville, ME 04901


John Deere Financial
P.O. Box 5328
Madison, WI 53705


Kansas Department of Revenue
PO Box 750260
Topeka, KS 66699-0260


Katahdin Trust Company
65 North Street
PO Box 1017
Houlton, ME 04730


Kia Finance
P.O. Box 20825
Fountain Valley, CA 92728


Larkin Enterprises Inc.
PO Box 405
Lincoln, ME 04457-0405


Lee Motors LLC
2950 Lee Road
Lee, ME 04455


Lincoln Maine Federal Credit Union
171 West Broadway
Lincoln, ME 04457


Lincoln Rental Systems Inc
316 Transalpine Road
Lincoln, ME 04457


Lincoln Sanitary District
56 Haynes Street
Lincoln, ME 04457

Lincoln Water District
3 Taylor Street
Lincoln, ME 04457


LU 716
Pipefitters Union
21 Gabriel Drive
Augusta, ME 04330


Machias Savings Bank
4 Center Street
P.O. Box 318
Machias, ME 04654-0318


MAINE METAL BUILDING
625 Main Street
Gorham, ME 04038


Maine Oxy
100 Washington Street North
Auburn, ME 04210


Maine Revenue Services
51 Commerce Dr
Augusta, ME 04333


Malcom McGraw
287 Kenduskeag Road
Levant, ME 04456


Martin County Florida
2401 SE Monterey Road
Stuart, FL 34996


Massachusetts & Northern New England Laborers
7 Laborers' Way
Hopkinton, MA 01748


Matheson Gas
166 Keystone Drive

Montgomeryville, PA 18936


MI CARPENTER'S FBF
6525 Centurion Drive
Lansing, MI 48917


MI MILLWRIGHTS LU 1102
6525 Centurion Drive
Lansing, MI 48917


MICHIGAN ELECTRICAL EMP FBF
3001 Metro Drive
Suite 50
Bloomington, MN 55425


Michigan Regional Council of Carpenters
Fringe Benefits Fund
P.O. Box 4540
Troy, MI 48099-4540


Minuteman Security Tech Inc
1 Connector Road
Andover, MA 01810


Motorbrain Consulting Inc.
280 Enfield Road
Lincoln, ME 04457-4146


Mulligan Funding, LLC
4715 Viewridge Ave
Suite 100
San Diego, CA 92123


Napa Auto Parts
282 W Broadway
Lincoln, ME 04457-4159


NECA/IBEW Family Medical Care Plan H&W
DEPT AT 40305
Atlanta, GA 31192-0305

NEFCO Corporation
PO Box 280186
East Hartford, CT 06128


Northeast Safety, Inc.
60 Gray Road
Suite 16
Falmouth, ME 04105-2024


Northern Maine Diesel, LLC
77 Station Street
Ashalnd, ME 04732


OneMonroe
2990 Technology Drive
Rochester Hills, MI 48309


Pelletier Ford of Lincoln, Inc
74 Main Street
Lincoln, ME 04457


PEPCO
701 Ninth Street N.W.
Washington, DC 20068


Perco Rentals, LLC
1540 Greensboro Road
P.O. Box 201
Madison, GA 30650


Pinelake Village, Inc.
2101 NE Savannah Road
Jensen Beach, FL 34957


Prestons Portables
2614 US Rte 1
Edmunds Twp, ME 04628-5316


Print Bangor
80 Central Street

Bangor, ME 04401


Prompto 10-Min Oil
224 Center Street
Auburn, ME 04210-6150


QUINN HARDWARE CO INC
125 Waterville Road
RT. 201
Skowhegan, ME 04976


QUIRK AUTO
293 Hogan Road
Bangor, ME 04401


RBLX Funding
1679 E 19th Street
Brooklyn, NY 11229


RH FOSTER
110 Mecaw Road
Hampden, ME 04444


Ricoh USA Inc
300 Eagleview Boulevard
Exton, PA 19341


S.W.  Collins Co
302 W Broadway
Lincoln, ME 04457


S.W. Cole Engineering
37 Liberty Drive
Bangor, ME 04401


S3 Power, Inc
PO Box 856
Norwood, MA 02062


Sage Software, Inc.

Attn: Legal Department
1715 N. Brown Road, Building B
Lawrenceville, GA 30043


Seacoast Bank
5755 SE US Highway 1
Stuart, FL 34997


SGC Engineering LLC
211 Water Street
Augusta, ME 04330


Siemens Industry Inc
200 Massachusetts Avenue NW
Suite 600
Washington, DC 20001


Solar Mosaic, Inc.
1212 Broadway
Suite 300
Oakland, CA 94612


Southworth Milton Inc.
100 Quarry Drive
Milford, MA 01757


St. Mary's Bank
PO Box 720
Manchester, NH 03105


Staples Business Advantage
500 Staples Drive
Framingham, MA 01702


Stuart C Irby Co
PO Box 741001
Atlanta, GA 30384-1001


Sunbelt Rentals Inc
1799 Innovation Pt
Fort Mill, SC 29715

The Cincinnati Insurance
P.O. Box 145496
Cincinnati, OH 45250


The Hartford Company
One Hartford Plaza
Hartford, CT 06155


The Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143


Thornton Brothers Inc
125 Main Street
Lincoln, ME 04457


Town Of East Millinocket
53 Main Street
East Millinocket, ME 04430


Town of Lincoln
29 Main Street
Lincoln, ME 04457


Transact Inc
35 Vantage Point Dr.
Rochester, NY 14624


Treeline Inc
PO Box 127
Lincoln, ME 04457


Trimble Inc.
10368 Westmoor Drive
Westminster, CO 80021


Triton Recovery Group
3111 N University Drive

Suite 604
Coral Springs, FL 33065


Triumph Modular Inc
194 Ayer Road
Littleton, MA 01460


Turtle & Hughes
100 Walnut Avenue
4th Floor
Clark, NJ 07066


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


Uline
P.O. Box 88741
Chicago, IL 60680-1741


United Rentals Inc.
100 First Stamford Place
Ste 700
Stamford, CT 06902


US Cellular
Dept. 0205
Palatine, IL 60055


USAA
9800 Fredericksburg Rd.
San Antonio, TX 78288


Varney Agency Inc
32 Oak Street
Bangor, ME 04401


Versant Power
175 Exchange Street
Bangor, ME 04401

Viking Inc.
P.O. Box B
Belfast, ME 04915


Viking Lumber Inc
166 Searsport Avenue - Route 1
Belfast, ME 04915


WCS Lending, LLC
951 Yamato Road
Suite 150
Boca Raton, FL 33431


Wesco Receivables Corporation
225 W Station Square Drive
Pittsburgh, PA 15219


Wex Bank
1 Hancock Street
Portland, ME 04101


White Cap LLC
PO Box 6040
Cypress, CA 90630


Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260


Willscot
4646 E Van Buren Street
Suite 400
Phoenix, AZ 85008


Workers Credit Union
119 Russell St
Littleton, MA 01460