**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>RICHARD LARKIN and NANCY LARKIN,<br><br>Debtors. | Chapter 11<br><br>Case No. 26- 10156 |

## NOTICE REGARDING CASH COLLATERAL

**PLEASE TAKE NOTICE** that on July 30, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") commenced their chapter 11 case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Maine (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, absent the filing of a cash collateral motion and/or with the consent of any parties who have an interest in cash collateral, the Debtors will only fund expenses through the use of proceeds of social security payments and the proceeds of benefits paid by the Veteran's Administration (together, the "**Government Payments**"). The Debtors believe that the Government Payments are exempt from reach of creditors and, therefore, do not constitute cash collateral requiring the protections provided to lenders by the Bankruptcy Code.

Dated:   July 30, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ D. Sam Anderson*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Proposed Counsel to the Debtors